Tamalyn E. Lewis, SBN 009752
Geoffrey M. Khotim, SBN 019513
RIDENOUR, HIENTON, KELHOFFER
 & LEWIS, P.L.L.C.
201 North Central Avenue, Suite 3300
Phoenix, Arizona  85004
Phone:  (602) 254-9900
Fax: (602) 254-8670
E-Mail: telewis@rhhklaw.com

Attorneys for Markham Contracting Co., Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA (PHOENIX)

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| MIDDLE MOUNTAIN, LLC, | Case No. 2:08-bk-00133-RTB |
| Debtor. | (Jointly Administered) |
| In re: | Case No. 2:-08-bk-00135-RTB |
| CRII, LLC | **MARKHAM CONTRACTING'S OBJECTION TO CRII, LLC'S MOTION TO DISMISS CHAPTER 11 CASE** |
| Debtor. | |
| | **Date:  October 1, 2008**<br>**Time: 9:00 a.m.**<br>**Place: Courtroom 703, 7th Floor**<br>**230 N. First Ave.**<br>**Phoenix, Arizona** |

Markham Contracting Co., Inc. ("Markham Contracting"), by and through counsel undersigned, objects to CR II, LLC's ("CR II") request to dismiss its Chapter 11 bankruptcy case, and urges this Court to grant Markham Contracting's pending Motion to Convert the CR II, LLC case

from a Chapter 11 proceeding to a Chapter 7 proceeding on the grounds that it is in the best interest of the creditors and this estate. Pursuant to §§ 1112(b) and (c) of the U. S. Bankruptcy Code, and Bankruptcy Rule 1017, Markham Contracting, a party in interest, asserts that "cause" exists for this Court to convert this case to a Chapter 7 proceeding, and, in support thereof, Markham incorporates by reference the arguments set forth in its Motion to Convert at Docket No. 90.

WHEREFORE, based on the foregoing, Markham Contracting requests that this Court enter an order denying CR II, LLC's motion to dismiss and approving Markham Contracting's motion to convert the CR II, LLC case to a Chapter 7 proceeding.

DATED this 24th day of September, 2008.

                                   RIDENOUR, HIENTON,
                                      KELHOFFER & LEWIS, P.L.L.C.

By:     /s/ Tamalyn E. Lewis , SBN 009752
           Tamalyn E. Lewis
           Geoffrey M. Khotim
           Chase Tower
           201 North Central Avenue, Suite 3300
           Phoenix, Arizona 85004
           Attorneys for Markham Contracting Co., Inc.

COPY of the foregoing mailed this
24th day of September, 2008, to:

Middle Mountain Properties, LLC
P. O. Box 10940
Glendale, AZ 85318
Jointly Administered Debtor

CRII, LLC
P. O. Box 10940
Glendale, AZ 85318
Jointly Administered Debtor

295641-TEL-22519-0001

| | |
|---|---|
| 1 | Allan D. NewDelman |
| 2 | Allan D. NewDelman, PC<br>80 E. Columbus Avenue |
| 3 | Phoenix, Arizona 85012<br>Attorney for Debtors |
| 4 | |
| 5 | James E. Cross, Esq.<br>Warren J. Stapleton, Esq. |
| 6 | Osborn Maledon, P.A.<br>2929 North Central Ave., Suite 2100 |
| 7 | Phoenix, Arizona 85012-2794<br>Attorneys for Colonial Capital, LLC |
| 8 | |
| 9 | Jonathan E. Hess<br>Office of the U. S. Trustee |
| 10 | 230 North First Ave., Suite 204<br>Phoenix, AZ 85003 |
| 11 | |
| 12 | Larry Lee Watson<br>Office of the U. S. Trustee |
| 13 | 230 North First Ave., Suite 204<br>Phoenix, AZ 85003 |
| 14 | |
| 15 | /s/ Margo Martin |

295641-TEL-22519-0001