**SO ORDERED.**

**Dated: January 16, 2009**

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

1 ILENE J. LASHINSKY (#003073)
United States Trustee
2 District of Arizona

3 LARRY L. WATSON (CA #193531)
Trial Attorney
4 230 North First Avenue, #204
Phoenix, Arizona 85003-1706
5 (602) 682-2600 (phone)
(602) 514-7270 (fax)
6 E-mail: Larry.Watson@usdoj.gov

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In re ) Chapter 11
)
MIDDLE MOUNTAIN PROPERTIES, LLC, ) Case No. 2:08-bk-00133-RTB
)
) Case No. 2:08-bk-00135-RTB
CRII, LLC., )
) (Joint Administration)
)
) ORDER CONVERTING CASES TO
) CHAPTER 7 PROCEEDINGS
Debtors. )

On January 14, 2009, this Court held a duly noticed hearing ("Hearing") regarding the Motion to Convert and Motions to Dismiss both of the above referenced cases. Having considered the arguments made in the Motions, the consents of counsel at the Hearing to conversion of these cases, and based upon the record in these cases and good cause appearing therefor,

**IT IS HEREBY ORDERED**, as follows:

1. The Debtors' Chapter 11 bankruptcy proceedings are hereby converted to proceedings under Chapter 7 of the Bankruptcy Code.

2. One Chapter 7 Trustee shall be appointed to administer both of the cases.

DATED AND SIGNED ABOVE