**SO ORDERED.**

Dated: June 12, 2009



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | In Proceedings Under Chapter 7 |
| MIDDLE MOUNTAIN, LLC, | Case No. 2:08-bk-00133-RTB |
| Debtor. | (Jointly Administered) |
| In re: | Case No. 2:08-bk-00135-RTB |
| CRII, LLC, | **ORDER DIRECTING ABANDONMENT OF CLAIM TO SET ASIDE TRANSFER OF REAL PROPERTY** |
| Debtor. | |

This matter came before the Court pursuant to the "Application Of Dewey 36 Lender LLC To Compel Abandonment Of Claim To Set Aside Transfer Of Real Property" ("Application") filed by DEWEY 36 LENDER, LLC. ("Dewey), a party in interest in the above-captioned Chapter 7 case of CRII, LLC (the "Debtor"). Pursuant to the Application, Dewey requests the Court to compel abandonment pursuant to Section 554(b) of the Bankruptcy Code, Federal Rule of Bankruptcy Procedure 6007, and Local Bankruptcy Rule 6007-1 of any claim the Chapter 7 Trustee or the estate may have to set aside the transfer of 36 acres of Yavapai County real property (the "Property"), legal description attached as Exhibit A to this Order, that took place three (3) days prior to the filing of these consolidated cases.

| | |
|---|---|
| 1 | After appropriate notice and opportunity for objection as required under Federal |
| 2 | Rule of Bankruptcy Procedure 6007, and Local Bankruptcy Rule 6007-1 and based on the |
| 3 | Application and the entire record before the Court, |
| 4 | **IT IS HEREBY ORDERED**: |
| 5 | A. The Application shall be, and hereby is, granted in its entirety. |
| 6 | B. The Trustee is hereby directed and compelled to abandon any and all |
| 7 | claims or rights he may assert relating to the Property. |
| 8 | C. Any interest the estate may have in the Property is hereby abandoned. |
| 9 | D. Dewey shall serve this Order on counsel for the Debtor, counsel for the |
| 10 | Trustee, and the United States Trustee promptly. |
| 12 | **DATED AND SIGNED AS INDICATED ABOVE** |

## EXHIBIT "A"

All that portion of Section 12, Township 13 North, Range 1 ½ East of the Gila and Salt River Base and Meridian, Yavapai County, Arizona, described as follows:

COMMENCING at the West quarter corner of said Section 12;

THENCE North 00°03'11" East along the West line of the Northwest quarter of Section 12, a distance of 228.43 feet;

THENCE South 89°42'40" East, 1447.97 feet;

THENCE North 00°04'46" East, 965.18 feet;

THENCE South 89°42'20" East, 306.73 feet to the POINT OF BEGINNING;

THENCE continuing South 89°42'20" East, 318.64 feet;

THENCE North 00°18'22" West, 320.84 feet;

THENCE North 89°43'59" East, 996.77 feet;

THENCE South 39°45'18" East, 104.92 feet to a point marking the beginning of a tangent curve to the left having a radius of 350.00 feet;

THENCE along the arc of said curve through a central angle of 35°54'02" and arc distance of 219.30 feet;

THENCE South 75°39'20" East, 79.15 feet to a point marking the beginning of a tangent curve to the right having a radius of 200.00 feet;

THENCE along the arc of said curve through a central angle of 24°45'16" and arc distance of 86.41 feet;

THENCE South 50°54'03" East, 209.61 feet;

THENCE South 57°26'57" East, 110.87 feet;

THENCE South 52°29'55" West, 980.37 feet;

THENCE South 78°48'19" West, 238.33 feet;

**EXHIBIT "A"**
**(Continued)**

THENCE South 71°59'26" West, 31.76 feet;

THENCE South 49°43'40" West, 29.38 feet;

THENCE South 62°14'46" West, 110.34 feet;

THENCE North 43°22'11" West, 102.00 feet;

THENCE North 14°49'21" West, 57.88 feet;

THENCE North 34°16'31" West, 55.54 feet;

THENCE North 12°54'10" West, 97.68 feet;

THENCE South 26°02'56" West, 165.13 feet;

THENCE South 45°48'48" West, 91.02 feet;

THENCE South 71°30'09" West, 157.26 feet to a point marking the beginning of a tangent curve to the right having a radius of 50.00 feet;

THENCE along the arc of said curve through a central angle of 58°31'59" and arc distance of 51.08 feet;

THENCE North 49°57'52" West, 58.38 feet to a point marking the beginning of a tangent curve to the left having a radius of 125.00 feet;

THENCE along the arc of said curve through a central angle of 38°32'08" and arc distance of 84.07 feet;

THENCE North 88°30'00" West, 83.11 feet;

THENCE North 09°56'56" West, 769.32 feet to the POINT OF BEGINNING.

EXCEPT all coal and other minerals as reserved in Patent from United Stats of America.